UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2009 JUN -3 PM 4: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KJH _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 08CR3884-L |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ISREAL HERNANDEZ-RODRIGUEZ (1), | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 1, 2009

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____